**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JAM RAF MUINA,

    Plaintiff,

vs.                                      CASE NO. 3:07-mc-12-J-32HTS

KKK ST JOE PAPER CO.,
etc., et al.,

    Defendants.

---

**O R D E R**

This cause is before the Court on the document entitled "Continued Motiion for Criminal Contemnpt of Court Against the Defendants Willfull Atrocious, Deprave Violations of all the Plaintiff Civil Human and Constitutional Right" (Doc. #1; Motion), filed by Jam Raf Muina.

While the Motion was mailed to the Jacksonville Division of the United States District Court for the Middle District of Florida, the style indicates Mr. Muina may have intended to file it in the Northern District of Florida. There is also a recently closed case in that district involving this individual and substantially similar defendants. However, out of an abundance of caution, the Court seeks to determine whether the document was meant to be filed in this district.

Accordingly, Mr. Muina should respond and address the Court's concern within eleven (11) days of the date of this Order.  If the filing was intended to serve as an initial pleading in this district, he must also include in his response the appropriate filing fee or a completed affidavit of indigency, a blank copy of which shall be sent by the Clerk's Office with a copy of this Order.  Failure to do so will result in the Motion being stricken.

**DONE AND ORDERED** at Jacksonville, Florida, this 21st day of March, 2007.

      /s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    pro se parties, if any