```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION
```

JAM RAF MUINA,

       Plaintiff,

vs.                                      CASE NO. 3:07-mc-12-J-32HTS

KKK ST JOE PAPER CO.,
etc., et al.,

       Defendants.

_____

**O R D E R**

On March 21, 2007, the Court entered an Order (Doc. #3; Order) concerning the document entitled "Continued Motiion for Criminal Contemnpt of Court Against the Defendants Willfull Atrocious, Deprave Violations of all the Plaintiff Civil Human and Constitutional Right" (Doc. #1; Motion), filed by Jam Raf Muina.

The Motion is not associated with a viable case pending in the Jacksonville Division of the United States District Court for the Middle District of Florida. Further, as noted in the Order, the styling of the Motion and the existence of "a recently closed case in [the Northern D]istrict [of Florida] involving this individual and substantially similar defendants[,]" Order at 1, raised doubts as to "whether the document was meant to be filed in this district." *Id.* Mr. Muina was asked to respond to this concern and instructed, "[i]f the filing was intended to serve as

an initial pleading in this district, [to] also include in his response the appropriate filing fee or a completed affidavit of indigency[.]" *Id.* at 2. He was warned that "[f]ailure to do so will result in the Motion being stricken." *Id.*

Rather than directly responding to the Order, Mr. Muina has filed four additional documents (Docs. ## 4-7). All take the form of rambling, largely incomprehensible motions. At one point, a request to include "the prior action file in this northern district of Florida" is made. Motion to Include Prior Complaints 88-50127, 75-1, 75-8, 79-0254, 88, 50188, 92-5102, 00360 and for continue criminal contempt of court (Doc. #4) at 1. However, no filing fee has been paid and no affidavit of indigency has been submitted.

Accordingly, as nothing filed by Mr. Muina herein appears to be properly before this Court, the documents (Docs. ## 1, 4-7) are **STRICKEN.** Still, the imaged versions shall be retained on the electronic filing system. The instant ruling is, of course, without prejudice to Mr. Muina initiating a stand-alone action by filing a complaint and either paying the required fee or moving to proceed in forma pauperis.

**DONE AND ORDERED** at Jacksonville, Florida, this 26th day of April, 2007.

/s/     Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

- 2 -

Copies to:

Counsel of Record and
    pro se parties, if any